17  0923

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Plaintiff, Eileen A Sabel                                    In Forma Pauperis

            V.                                               Civil Action No.
                                                             97-CV-<u>Pro Se</u>
Defendant, Zio Pizza Palace & Grill
Margarita Contreras, David Lu,
Zio Pizza Palace & Grill, LLC, LDLD
Corporation

## PRO SE MOTION TO COMMENCE AN ACTION

## <u>WITHOUT PREPAYMENT OF FEES, COSTS OR SECURITY</u>

The plaintiff, Eileen A Sabel, requests leave to commence an action without prepayment of fees, costs or the necessity of giving security pursuant to 28 U.S.C. 1915, and submits the accompanying affidavit in support of this motion and states:

1. That the plaintiff is entitled to commence said action against defendant because of the violation of Americans with Disabilities Act by defendants.
2. That the plaintiff is unable to prepay fees costs or give security and has no funds with which to pay the filing fees.

Dated: 2-27-17

Eileen A Sabel
911 North Franklin Street, Apt.
514 Phila. Pa. 19123
215-925-2219

4

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Plaintiff, Eileen A Sabel

V.

Defendant, Zio Pizza Palace & Grill
Margarita Contreras, David Lu,
Zio Pizza Palace & Grill, LLC, LDLD
Corporation

In Forma Pauperis

Civil Action No.
97-CV-Pro Se

VERIFICATION IN SUPPORT OF APPLICATION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF FEES, COSTS OR SECURITY

I understand that false statements herein are made subject to the penalties of 28 U.S.C. section 1746 relating to unworn falsification to authorities.

I, the understand, affirm or being first duly sworn, depose and say that in support of my application to proceed in this action without being required to prepay fees, costs, or give security, state that because of my poverty or fixed income, I am unable to pay the costs of these legal proceedings or to give security. I believe I am entitled to redress for the reasons given:

The discriminatory activity is that defendant violates the Americans with Disabilities Act by failing to remove a readily achievable architectural barrier.

I further swear or affirm that the responses which I have made to the questions below relating to my ability to pay the cost of prosecuting this Action and other matters are true:

1. I am single and have no children.
2. I live at 911 North Franklin Street, Apt. 514, Philadelphia. Pa where I rent in the amount of 196.00 per month.
3. I am not employed.
4. My source of income is a widow's pension, in the amount of $644.94 per month.
5. I do not own a car.
6. My cash in the bank or savings and loan associations is $.05

Date: 2-27-17

5

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

Eileen   A.   Sabel )
_Plaintiff/Petitioner_ )
)
v. )   Civil Action No.   APA   42  USC  12/01
Zo Pizza  Palace  &  Grill, et. al. )
_Defendant/Respondent_ )
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Eileen Sabel_         Date: _1/29/ 2017_

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the <u>monthly</u> rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |

Page 2

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 7,739.28 | $ | $ 644.94 | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ | $ |
| Other (specify): | $ N/A | $ | $ | $ |
| **Total monthly income:** | $ N/A | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |
| N/A | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo | Checking | $ .05 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $ *N/A* |
| Other real estate *(Value)* | $ *N/A* |
| Motor vehicle #1 *(Value)* | $ *N/A* |
| Make and year: | |
| Model: | |
| Motor vehicle #2 *(Value)* | $ *N/A* |
| Make and year: | |
| Model: | |
| Other assets *(Value)* | $ *N/A* |
| Other assets *(Value)* | $ *N/A* |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| *N/A* | $ | $ |
| *N/A* | $ | $ |
| *N/A* | $ | $ |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| *N/A* | | |
| | | |
| | | |

Page 4

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☑ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ 196.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 164.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 5 | $ |
| Laundry and dry-cleaning | $ 30 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation *(not including motor vehicle payments)* | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 0 | $ |
| Life: | $ 0 | $ |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0 | $ |
| Installment payments | | |
| Motor vehicle: | $ 0 | $ |
| Credit card *(name):* | $ 0 | $ |
| Department store *(name):* | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ |
| Other *(specify)*: | $ 0 | $ |
| Total monthly expenses: | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes    ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

    If yes, how much? $ _____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    ☐ Yes ☒ No

    If yes, how much? $ _____
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I do not have a job and below the poverty line. I am on food stamps.

13. Identify the city and state of your legal residence.
    Philadelphia, PA

    Your daytime phone number: 215-925-2219
    Your age: 66   Your years of schooling: 18
    Last four digits of your social-security number: 2634